31; Missouri Pacific R. Co. v. Price, 182 Ark. 801, 33 S.W.2d 366.

The judgment of the Court of Civil Appeals is reversed and that of the trial court is affirmed.

Opinion adopted by the Supreme Court.

properly presents the law, and the facts amply support the finding of the jury.

No error appearing in the record, we think that the finding of the jury is conclusive, and the case is accordingly affirmed.

### DAVIS v. STATE.
#### No. 20857.

Court of Criminal Appeals of Texas.

Feb. 14, 1940.

C. M. Turlington and C. W. Feild, both of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of driving an automobile upon a public highway in Harrison County while intoxicated, and was assessed a penalty of ninety days in jail together with a fine of $100.

There are no bills of exception in the record and nothing complaining of any error committed by the court. The indictment appears to be regular. The charge

### MYERS v. STATE.
#### No. 20851.

Court of Criminal Appeals of Texas.

Feb. 14, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for unlawfully driving an automobile upon a public highway while intoxicated; penalty assessed a confinement in the county jail for five days and a fine of fifty dollars.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No error has been presented authorizing a reversal of the conviction. The judgment is therefore affirmed.